IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PHILLIP BRUCE WOMACK, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-439(MTT) |
| SOCIAL SECURITY APPEALS, | ) |
| Defendant. | ) |

## ORDER

This case is before the Court on the Recommendation (Doc. 5) of United States Magistrate Judge Stephen Hyles on the Plaintiff's Complaint (Doc. 1) seeking unspecified relief. The Magistrate Judge, having reviewed the case pursuant to 28 U.S.C. § 636 and 42 U.S.C. § 405(g), recommends dismissing the Plaintiff's Complaint for failure to prosecute and failure to follow previous orders of this Court. The Plaintiff did not file any objections to the Recommendation.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this the 26th day of July, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch